**VAN–150** Deficiency Notice (Text) – Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

CASE NO.: 19–02314–5–SWH

IN RE:

DATE FILED: May 21, 2019

CHAPTER: 13

Marian Dubar
 *( debtor has no known aliases )*
24214 Andrew Jackson Hwy E
Bolton, NC 28423

Debtor represented by:
Marian Dubar
24214 Andrew Jackson Hwy E
Bolton, NC 28423

Trustee:
Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563

## DEFICIENCY NOTICE

To: Marian Dubar

Re: Statement of Debtor(s) Social Security Number filed by Marian Dubar.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **June 4, 2019** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Statement of Social Security Number has not been signed.

DATED: May 21, 2019

Deputy Clerk