**VAN–064** Order to Show Cause – Rev. 09/17/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Marian Dubar  
*( debtor has no known aliases )*  
24214 Andrew Jackson Hwy E  
Bolton, NC 28423

CASE NO.: 19–02314–5–SWH

DATE FILED: May 21, 2019

CHAPTER: 13

## ORDER TO SHOW CAUSE

IT IS ORDERED that Marian Dubar appear at the time and place indicated below to show cause, if any there be, as to why this case should not be dismissed or other sanctions imposed for failure to:

Sign Statement of Current Monthly Income and Statement of Social Security Number, Failure to File Electronic Noticing Request and Proof of Identity

DATE:     Thursday, June 13, 2019  
TIME:     10:00 AM  
PLACE:    Room 208, 300 Fayetteville Street, Raleigh, NC 27602

DATED: June 5, 2019

Stephani W. Humrickhouse  
United States Bankruptcy Judge